**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Jose Alfredo AYALA-MARTINEZ,
a.k.a. Jose Martinez Ayala,
Defendant-Appellant.**

**No. 06-10674.**

United States Court of Appeals,
Ninth Circuit.

Submitted July 9, 2007 *.

Filed July 19, 2007.

Monte C. Clausen, AUSA, USTU—Office of the U.S. Attorney, Tucson, AZ, for Plaintiff-Appellee.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

* This panel unanimously finds this case suitable for decision without oral argument. *See*

448

Darla J. Mondou, Esq., Marana, AZ, for Defendant–Appellant.

Before: LEAVY, THOMAS, and BERZON, Circuit Judges.

## MEMORANDUM **

Jose Alfredo Ayala–Martinez appeals from his conviction and 30–month sentence for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ayala–Martinez's counsel has filed a brief stating that she finds no meritorious issues for review, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal. Because Ayala–Martinez waived his right to appeal the conviction and the sentence imposed, we enforce the waiver and dismiss the appeal. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000).

Accordingly, we **GRANT** counsel's motion to withdraw, and we **DISMISS** the appeal.

Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.